IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Samuel L. Tucker                                         RESPONDENT
MS BAR # 8298                                         Case No: 3:19-ad-00011-DPJ

## ORDER TO SHOW CAUSE

WHEREAS, the attorney rolls of this Court reflect that Samuel L. Tucker, MS Bar #8298, is admitted to practice before the United States District Court for the Southern District of Mississippi, and

WHEREAS, this Court takes judicial notice of that certain judgment of the Supreme Court of Mississippi entered in Cause No. 2019-BD-351 on the docket thereof which suspended Samuel L. Tucker for a period of six (6) months, a certified copy of which has been filed with the Clerk of this Court,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Pursuant to Rule 83.1(c)(2) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi, Samuel L. Tucker is hereby accorded thirty (30) days within which to show cause why he should not be suspended from practice before this Court based on the judgment entered by the Supreme Court of Mississippi.

2. Upon a response hereto and after a hearing if such is requested, or upon the expiration of the thirty (30) day period allowed herein, the Court may enter an order imposing discipline, including, but not limited to, the same discipline as that administered by the Supreme Court of Mississippi.

3. Pursuant to said Rule, any response by the Respondent is limited to claims of (a) lack of procedural due process in the original proceedings or (b) lack of substantial evidence to support the factual findings of the Supreme Court of Mississippi.

4. The Clerk of this Court shall immediately serve a certified copy of this Order upon the Respondent at his last known address as reflected on the attorney rolls or elsewhere on the Court's dockets.

SO ORDERED AND ADJUDGED this the 1st day of November, 2019.

*s/ Daniel P. Jordan III*
Daniel P. Jordan III
CHIEF U. S. DISTRICT JUDGE